UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO.: 1:14-CV-17

UNITED STATES OF AMERICA, ex rel.
GEORGE PONCY,

    Plaintiff,

v.

ACADEMY MEDICAL, LLC, a Florida limited
liability company; EDWARD D. DESSER,
individually; PATRICK J. PAPA, individually;
DANIEL M. SHAW, individually;
SR KENT, LLC, a Florida limited liability
company, and STEVEN R. KENT, individually.

    Defendants.
_____/



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 18 2017
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk  Binghamton

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO NON-SETTLING DEFENDANTS

Plaintiff/Relator, George Poncy, pursuant to Rule 41(a)(1)(A)(i), files this Notice of Dismissal Without Prejudice as to defendants Patrick J. Papa, SR Kent, LLC, and Steven R. Kent. Pursuant to 31 U.S.C. §3730(b)(1), the written consent of the United States for the dismissal of these parties is attached as Exhibit A. This dismissal is without prejudice as to the Relator and as to the United States. Pursuant to Local Rule 41.3, no party hereto is an infant or incompetent.

Dated: 9.15.17

    Respectfully submitted,

    s/ Robert C. Glass
    Robert C. Glass
    N.D.N.Y. Bar No. 519114
    **MCCABE RABIN, P.A.**
    1601 Forum Place, Suite 505
    West Palm Beach, FL 33401
    Tel.: 561-659-7878
    Fax: 561-242-4848
    rglass@mccaberabin.com
    *Attorney for Relator George Poncy*

Of counsel:

Ryon M. McCabe
Fla. Bar No. 009075
rmccabe@mccaberabin.com
**MCCABE RABIN, P.A.**
1601 Forum Place, Suite 505
West Palm Beach, FL 33401
Tel.: 561-659-7878
Fax: 561-242-4848

Jack Scarola
Florida Bar No. 169440
jsx@searcylaw.com
**SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY, P.A.**
2139 Palm Beach Lakes Blvd
West Palm Beach, FL 33401
561-686-6300

SO ORDERED.

Dated: September 18, 2017

_____
Hon. Thomas J. McAvoy, SUSDJ

2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GEORGE PONCY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACADEMY MEDICAL, LLC, a Florida limited liability company, EDWARD D. DESSER, individually, PATRICK J. PAPA, individually, DANIEL M. SHAW, individually, SR KENT, LLC, a Florida limited liability company, and STEVEN R. KENT, individually,<br><br>　　　　Defendants. | Civil Action No.: 14-cv-17 (TJM/DJS) |

### THE UNITED STATES OF AMERICA'S CONSENT TO RELATOR'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of defendants Patrick J. Papa, SR Kent, LLC, and Steven R. Kent from this action, so long as the dismissal is without prejudice to the United States.

September 6, 2017

Respectfully submitted,

**THE UNITED STATES OF AMERICA**

GRANT C. JAQUITH
Acting United States Attorney

/s/ Adam J. Katz
ADAM J. KATZ
Assistant United States Attorney
Bar Roll No. 517894



EXHIBIT A